

# GREEN·SEIFTER
### ATTORNEYS, PLLC

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE NEW YORK 13202 · P 315 422 1391 · F 315 422 3549♦

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
JASON J. CENTOLELLA
KATHLEEN FAULKNHAM CENTOLELLA
ANTHONY J. D'ELIA
CHRISTINE WOODCOCK DETTOR
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
SHARON A. MCAULIFFE
LAWRENCE M. ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JAMES L. SONNEBORN
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.

OF COUNSEL:
EDWARD S. GREEN ‡
GARY J. LAVINE **
SIDNEY L. MANES

CECELIA R.S. CANNON
PAUL J. DOMINSKI
EMILEE K. LAWSON HATCH ***
JULIA J. MARTIN
VICTOR L. PRIAL
DAVID C. TEMES
JOSHUA S. WERBECK

ROBERT D. MCAULIFFE
1993-1995
DAVID A. YAFFEE
1986-2004

ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO DC BAR **
ALSO ADMITTED TO MA BAR ***
ALSO ADMITTED TO FL & PA BAR †
ALSO ADMITTED TO PA BAR ††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ♦

October 3, 2011

Clerk, U.S. Bankruptcy Court
Northern District of New York
220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

**Re: Tasha Barnes**
   **Case No.:10-32858**

Dear Clerk:

Enclosed please find a check in the amount of $1.47 in relation to a proof of claim filed by Southern Tier Credit, 62 Main Street, Hornell, New York 14843-1527.

For your convenience, I have also enclosed a "Claims Distribution for Small Checks" report.

Very truly yours,

GREEN & SEIFTER, ATTORNEYS, PLLC

Carolynn A. Murphy, Paralegal
to Michael J. Balanoff, Trustee

CAM/
1643207.1

**RECEIVED**

**OCT 04 2011**

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

WWW.GSLAW.COM

Printed: 10/03/11 11:32 AM

Page: 1

## Claims Distribution Small Checks

**Trustee: MICHAEL J. BALANOFF (520830)**

**Case: 10-32858 - BARNES, TASHA F.**

| Account No. | Check No. | Issued | Claim No. | Filed | Payee: | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 920025360427266 | 113 | 10/03/11 | 5 | 03/02/11 | | 610 | U.S. BANKRUPTCY COURT CLERK<br>Southern Tier Credit B<br>82 Main St<br>Hornell, NY 14843-1527 | 40.00 | 40.00 | 1.47 | $1.47 |

Check Amount: 1.47

(*) Denotes objection to Amount Filed